**Electronically Filed**
**Supreme Court**
**SCWC-18-0000141**
**16-JAN-2020**
**02:16 PM**

SCWC-18-0000141

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

EDWARD G. STANLEY, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000141; S.P.P. NO. 17-1-0007; (CR. NO. 1PC880000418))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Morikawa, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Edward G. Stanley's application for writ of certiorari filed on December 2, 2019, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Trish K. Morikawa

